In re State of Louisiana; — Plaintiff/s); applying for supervisory and/or remedial writs; Parish of Orleans, Criminal District Court, Div. “E”, No. 248-426.
liPER CURIAM. *
Writ granted; sentence reinstated. The district court erred in granting relief on a claim which is: (1) time-barred, see La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La.10/13/95), 661 So.2d 480; (2) not cognizable on collateral review, see La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; and (3) repetitive, having been rejected by the district court and this Court on three previous occasions. See State ex rel. Rey v. Blackburn, 508 So.2d 62 (La.1987); State ex rel. Rey v. Maggio, 412 So.2d 1119 (La.1982); State ex rel. Rey v. Blackburn, 400 So.2d 215 (La.1981); cf. La.C.Cr.P. art. 930.4(D). In addition, relator has again failed to carry his burden of proof of demonstrating that any error, barred or not, occurred. La.C.Cr.P. art. 930.2.

 Knoll, J., not on panel. See La.S.Ct. Rule IV, Part II, § 3.